**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **Andre McVade,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CASE NO. 1:25-CV-241-ADA-SH** |
| | § | |
| **Leland Dudek, Acting Commissioner of** | § | |
| **the Social Security Administration,** | § | |
| *Defendant.* | § | |
| | § | |

**ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Susan Hightower. Dkt. 14. Judge Hightower recommends that this Court **DENY** Defendant's Motion to Reverse and Remand and for Further Proceedings (Dkt. 11); **REVERSE** the Commissioner's denial of Plaintiff's Application for SSI benefits and **REMAND** to the Commissioner for an immediate award of SSI benefits beginning on Plaintiff's onset date of April 30, 2020; and **ENTER JUDGMENT** for Plaintiff. Dkt. 14 at 7. The report was filed on March 11, 2026. This Court hereby adopts Judge Hightower's Recommendations.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Hightower (Dkt. 14) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Reverse and Remand and for Further Proceedings (Dkt. 11) is hereby **DENIED.**

**IT IS FURTHER ORDERED** that the Commissioner's denial of Plaintiff's Application for SSI benefits is hereby **REVERSED** and **REMANDED** to the Commissioner for an immediate award of SSI benefits beginning on Plaintiff's onset date of April 30, 2020.

Finally, **IT IS ORDERED** that **JUDGMENT** is hereby entered for the Plaintiff.

The clerk of the Court is directed to **CLOSE** this case.

**SIGNED** this 29th day of April, 2026.

_____

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE